AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| VERTIV GROUP CORPORATION<br><br>*Plaintiff(s)*<br>v.<br>CARLOS H. RIVERA, KIM S. MOURINO, LYDIA LAFUENTE, BETH LAFUENTE, AS TRUSTEE OF THE JUSTIN LOUIS LAFUENTE SUPPLEMENTAL NEEDS TRUST #2<br><br>*Defendant(s)* | Civil Action No. 1:24-1345 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CARLOS H. RIVERA
26 St. Pauls Road. N
Hempstead, NY 11550

"SEE ATTACHED RIDER"

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Polsinelli PC
Robert H. King, Esq.
600 Third Ave, 42nd Floor
New York, NY 10016

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: February 26, 2024 /S/ S. James
*Signature of Clerk or Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **VERTIV GROUP CORPORATION**,<br><br>                                Plaintiff,<br><br>-against-<br><br>**CARLOS H. RIVERA**<br>Serve at:     26 St. Pauls Rd. N.<br>                   Hempstead, NY 11550<br>AND<br>**KIM S. MOURINO**<br>Serve at:     35 Charlotte Street<br>                   Carteret, NJ 07008<br>AND<br>**LYDIA LAFUENTE**<br>Serve at:     120 Elgar Place, Apt. 31G<br>                   Bronx, NY 10475<br>AND<br>**BETH LAFUENTE, AS TRUSTEE OF THE JUSTIN LOUIS LAFUENTE SUPPLEMENTAL NEEDS TRUST #2**<br>Serve at:     140-29 69th Avenue<br>                   Flushing, NY 11367,<br>                                                 Defendants. | Civil Action No.: 1:24 – 1345 |

### ADDENDUM TO PROPOSED SUMMONS

**KIM S. MOURINO**
**35 Charlotte Street**
**Carteret, NJ 07008**

**LYDIA LAFUENTE**
**120 Elgar Place, Apt. 31G**
**Bronx, NY 10475**

**BETH LAFUENTE, AS TRUSTEE OF THE JUSTIN LOUIS LAFUENTE**
**SUPPLEMENTAL NEEDS TRUST #2**
**140-29 69th Avenue**
**Flushing, NY 11367,**

93645502.1