UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

VERTIV GROUP CORPORATION,

             Plaintiff,

    -v-

CARLOS H RIVERA ET AL,

             Defendants.
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _7/22/2024_

24-cv-01345 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court will hold a hearing in this matter on the motion for an interpleader on July 31, 2024, at 2:00PM.  The hearing will be held remotely by telephone and parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.

SO ORDERED.

Dated: July 22, 2024
      New York, New York

                                LEWIS J. LIMAN
                        United States District Judge