USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/13/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
VERTIV GROUP CORPORATION,                                          :
:
Plaintiff,                                         :
:   24-cv-1345 (LJL)
-v-                                                     :
:   ORDER
:
CARLOS H RIVERA, KIM MOURINO, LYDIA                                :
LAFUENTE, AND BETH LAFUENTE *as Trustee*                           :
*of the Justin Louis Lafuente Supplemental Needs*                  :
*Trust #2*                                                         :
:
Defendants.                                        :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

Kim Mourino shall move for default judgment against Beth Lafuente no later than August 23, 2024. Mourino shall file proof of service on the docket. The notice of motion shall reflect that the motion will be heard on September 11, 2024.

Beth Lafuente may submit papers in opposition to the motion for default judgment no later than September 4, 2024.

SO ORDERED.

Dated: August 13, 2024
       New York, New York                     _____
                                                    LEWIS J. LIMAN
                                              United States District Judge