USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/9/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
VERTIV GROUP CORPORATION,                          :
:
               Plaintiff,             :
:             24-cv-1345 (LJL)
     -v-                                            :
:             <u>ORDER</u>
CARLOS H RIVERA, KIM MOURINO, LYDIA        :
LAFUENTE, AND BETH LAFUENTE *as Trustee*   :
*of the Justin Louis Lafuente Supplemental Needs* :
*Trust #2*                                           :
:
               Defendants.             :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

On August 8, 2024, the Court ordered that there be a telephonic hearing on the motion for interpleader on September 11, 2024 at 11:00 AM to determine the distribution of the disputed funds. Dkt. No. 36. The order stated that the Court was prepared to cancel the conference and to decide the distribution on the papers if all appearing Defendants have reached an agreement which has been presented to the Court regarding the distribution of the funds and there is no objection to that agreement.

Defendants Kim Mourino, Lydia Lafuente, and Carlos Rivera have appeared in this case. Dkt. Nos. 18, 38, 48.[1]

---

[1] Ms. Mourino filed a motion for default judgment against Beth Lafuente on August 22, 2024. The Court ordered that Beth Lafuente may submit papers in opposition to the motion for default judgment no later than September 4, 2024. Dkt. No. 41. Beth Lafuente has not filed any opposition.

The Court has received evidence of an agreed-upon distribution from Ms. Mourino and Lydia Lafuente. Dkt. Nos. 39–40. Mr. Rivera is directed to inform the Court of whether he agrees to that proposed distribution no later than September 26, 2024.

On September 5, 2024, the Court received a letter from Mr. Rivera stating that he may not be able to attend the September 11 hearing. Dkt. No. 48.

The Court therefore adjourns the telephone conference to September 30, 2024 at 2:00 PM. Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.

If any party cannot attend the September 30 conference, they shall inform the Court no later than September 13, 2024 and shall suggest at least two alternative dates in September or October on which they could attend a telephone conference.

SO ORDERED.

Dated: September 9, 2024
New York, New York

_____
LEWIS J. LIMAN
United States District Judge