USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/20/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
VERTIV GROUP CORPORATION,                                          :
:
Plaintiff,                                                         :
:           24-cv-1345 (LJL)
-v-                                                                :
:           ERRATA ORDER
:
CARLOS H RIVERA, KIM MOURINO, LYDIA                                :
LAFUENTE, AND BETH LAFUENTE as Trustee                             :
of the Justin Louis Lafuente Supplemental Needs                    :
Trust #2                                                           :
:
Defendants.                                                        :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The Memorandum and Order filed on September 18, 2024 at Dkt. No. 52 contained several typographical errors. Along with this Errata Order the Court is separately filing an Amended Memorandum and Order correcting those errors.

SO ORDERED.

Dated: September 20, 2024
New York, New York                              _____
                                                        LEWIS J. LIMAN
                                                United States District Judge

1