UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
VERTIV GROUP CORPORATION,                                               :
                                                                        :
                              Plaintiff,                                :
                                                                        :
              -v-                                                       :
                                                                        :
CARLOS H RIVERA, KIM MOURINO, LYDIA                                     :
LAFUENTE, AND BETH LAFUENTE *as Trustee*                                :
*of the Justin Louis Lafuente Supplemental Needs*                       :
*Trust #2*                                                              :
                                                                        :
                              Defendants.                               :
                                                                        :
------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/2024

24-cv-1345 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

On September 20, 2024, the Court granted Plaintiff's motion for approval of interpleader and distribution of funds. Dkt. No. 56. The Court's order stated that "[u]pon distribution of the funds . . ., Plaintiff shall be discharged from liability and dismissed with prejudice from this action." *Id.* at 6. There have been no filings since that date.

Plaintiff is ordered to update the Court by December 20, 2024, as to the status of the distribution. If the funds have been distributed, the letter shall state whether Plaintiff objects to this case being dismissed without prejudice.

SO ORDERED.

Dated: December 11, 2024
       New York, New York
                                          _____
                                          LEWIS J. LIMAN
                                          United States District Judge