USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/20/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X

VERTIV GROUP CORPORATION,

    Plaintiff,

 -v-

CARLOS H RIVERA, KIM MOURINO, LYDIA LAFUENTE, AND BETH LAFUENTE *as Trustee of the Justin Louis Lafuente Supplemental Needs Trust #2*

    Defendants.

-------------------------------------------------------------------- X

24-cv-1345 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

 On September 20, 2024, the Court granted Plaintiff's motion for approval of interpleader and distribution of funds. Dkt. No. 56. The Court's order stated that "[u]pon distribution of the funds . . ., Plaintiff shall be discharged from liability and dismissed with prejudice from this action." *Id.* at 6. On December 19, 2024, Plaintiff informed the Court by letter that all funds have been distributed and that "Plaintiff does not object to a dismissal of this action, without prejudice." Dkt. No. 58.

 This action is accordingly dismissed without prejudice. Any pending motions are dismissed as moot, and all conferences and deadlines are cancelled. The Clerk of Court is respectfully directed to close this case.

 SO ORDERED.

Dated: December 20, 2024
   New York, New York

              _____
              LEWIS J. LIMAN
              United States District Judge